FILED'10 DEC 9 11:43USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL CRAIG SEXTON,

    Petitioner,                    Civ. No. 09-727-CL

    v.                              **OPINION AND ORDER**

MARK NOOTH,

    Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R and R"), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I conclude that the R and R is correct.

 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#19) is adopted. The petition (#1) is denied and this action is dismissed.

IT IS SO ORDERED.

DATED this 9 day of December, 2010.

OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER